McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 06-003 CMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO DISMISS |
| | ) | |
| FANCHON SATIVA LEFAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered the government's motion, it is hereby ORDERED that the complaint against the above-captioned defendant be dismissed and the arrest warrant be recalled.

DATED:   February 23, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1